# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JAILENE RIVERA-CINTRON,

    Petitioner,

v.                        CASE NO. 4:18cv360-RH/CJK

CRAIG E. COIL,
Warden, FCI Tallahassee,

    Respondent.

_____/

## ORDER DENYING § 2241 PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petitioner's petition for relief under 28 U.S.C. § 2241 is denied." The clerk must close the file.

SO ORDERED on September 29, 2018.

                        s/Robert L. Hinkle
                        United States District Judge